51 P.3d 373

# SUPREME COURT OF HAWAI‘I

| | | | |
|---|---|---|---|
| State v. Genge | 23011 | 07/10/2002 | Vacated and Remanded |
| Kitay v. Pantheon Co., Ltd. | 22939 | 07/10/2002 | Vacated and Remanded |
| State v. Schneidewind | 24297 | 07/17/2002 | Vacated and Remanded |

| | | | | |
|---|---|---|---|---|
| Poe v. Hawai‘i Labor Relations Bd. | 24313 | 08/01/2002 | Denied | 98 Hawai‘i 416, 49 P.3d 382 |
| State v. Rodgers | 24462 | 07/17/2002 | Denied | |

| | | | | |
|---|---|---|---|---|
| State v. Bush | 24120 | 07/19/2002 | Denied | |
| State v. Shabazz; State v. Crawley | 23571, 23575 | 07/15/2002 | Denied | 98 Hawai‘i 358, 48 P.3d 605 |
| Wemple ex rel. Dang v. Dahman | 21497 | 07/11/2002 | Granted | |